RECEIVED
JUN 15 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH ANTHONY DANIEL, Petitioner | CIVIL ACTION NO. 1:16-CV-335; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| LORETTA LYNCH, ET AL., Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of June, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE